FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

04 JUN 30 PM 3:37

U.S. DISTRICT COURT
N.D. OF ALABAMA

JULIE JOHNSON, et al

    Plaintiffs,

v.                                                            CV 04-PT-236-W

WYETH, a corporation;
et al

    Defendants.

ENTERED

JUN 3 0 2004

## MEMORANDUM

After the court filed a Memorandum Opinion and an order on June 30, 2004, it received a letter from the attorneys for plaintiffs Marshall and McGowan, citing *Crowe v. Coleman*, 113 F.3d 1536, 1538 (11th Cir. 1997) which says that the court is to determine if "the plaintiff has fraudulently pled jurisdictional facts to bring the resident defendant into state court." That is exactly what the court is attempting to determine.

This the 30th day of June, 2004.

*/s/ Robert B. Propst*
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

35